DOLORES McALLISTER, PETITIONER-RESPONDENT, v. BOARD OF EDUCATION, TOWN OF KEARNY, DEFEND-ANT-PETITIONER.

See same case below: 79 *N. J. Super.* 249.

*Messrs. Schneider & Morgan* and *Mr. Robert J. C. McCoid* for the petitioner.

*Mr. Aaron Gordon* for the respondent.

September 16, 1963.  Granted.

ISSIE HUPERT, PLAINTIFF-PETITIONER, v. ROBERT S. MILLER, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Milton M. & Adrian M. Unger* for the petitioner.

*Messrs. Harth & Enright* and *Messrs. Harkavy & Lieb* for the respondents.

October 1, 1963.  Denied.